1
2

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   HAILEY BROWN

Case No. 3:21-cv-05071(WHO)

5   v. JUUL LABS, INC. et. al

**NOTICE OF DISMISSAL**

6   *This Document Relates to:*

Hon. William H. Orrick

7   IN RE: JUUL LABS, INC., MARKETING SALES
PRACTICE AND PRODUCTS LIABILITY
8   LITIGATION   3:19-md-02913 (WHO)

9

10   ## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, by and through counsel hereby gives notice that the above-captioned action is

11
12   dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this

13   action.  Given that the other Defendants in the case were previously dismissed, this dismissal constitutes

14   the final and full dismissal of this action:

15   **THE ALTRIA DEFENDANTS**

16   - ALTRIA GROUP, INC.;
17   - PHILIP MORRIS USA, INC.;
- ALTRIA CLIENT SERVICES LLC;
18   - ALTRIA GROUP DISTRIBUTION COMPANY;
19   - ALTRIA ENTERPRISES LLC

20
       Dated: June 24, 2024

Respectfully Submitted,
21
/s/Christopher G. Paulos
22
Christopher G. Paulos
**Levin, Papantonio, Rafferty, Proctor,**
23   **Buchanan, O'Brian & Barr**
316 S. Baylen St. Ste. 600
24   Pensacola, FL 32502
Office: 850-435-7000
25   Fax: 850-436-6066
cpaulos@levinlaw.com
26

27   *Attorneys for Plaintiff*

28

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

*/s/Shenequa Stanley*
Shenequa Stanley, Project Leader
